IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:23-CR-00220-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KEITH SMITH | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the United States Probation Office's motion to revoke Defendant's supervised release. [DE 39]. Because Defendant has demonstrated eligibility therefor: (1) the Office of the Federal Public Defender is DIRECTED to provide Defendant with counsel to represent him in connection with the motion; (2) the Clerk of Court is DIRECTED to issue a subpoena for any witness Defendant deems necessary to call for purposes of the motion; and (3) the United States Marshal is DIRECTED to serve any such subpoena and to pay the appropriate fees and expenses to witnesses so subpoenaed. *See* Fed. R. Crim. P. 17(b).

SO ORDERED this the ___11th___ day of March, 2026.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE